**Dismissed and Memorandum Opinion filed March 5, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-01124-CV

### DYTRA WALTON, Appellant

### V.

### KEONA ROBERTSON AND PATRICK ROBERTSON, Appellees

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1019697**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 15, 2012. The notice of appeal was filed December 12, 2012. To date, our records show that appellant has not paid the $175.00 appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On January 17, 2013, this court ordered appellant to pay the appellate filing fee on or before February 1, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.